Marco A. Marquez,
Plaintiff-Respondent-Cross-Appellant,

v.

Mercedes-Benz USA, LLC,
Defendant-Appellant-Cross-Respondent.

Supreme Court

*No. 2010AP826.—Decided July 2, 1012.*

2012 WI 74

(Also reported in ___ N.W.2d ___.)

¶ 1. PER CURIAM.   On June 5, 2012, Plaintiff-Respondent-Cross-Appellant, Marco A. Marquez, filed a motion entitled "Motion for Clarification/Reconsideration" regarding *Marquez v. Mercedes-Benz USA, LLC,* 2012 WI 57, 341 Wis. 2d 119, 815 N.W.2d 314, seeking

"instruction to the circuit court regarding an award of Marquez's reasonable appellate attorney fees," pursuant to Wis. Stat. § 218.0171(7).

¶ 2. Mercedes-Benz USA, LLC, has not responded or objected to Marquez's motion.

¶ 3. Wisconsin Stat. § 218.0171(7) (2009–10) provides in relevant part that "[t]he court shall award a consumer who prevails in such an action twice the amount of any pecuniary loss, together with costs, disbursements and reasonable attorney fees, and any equitable relief the court determines appropriate."

¶ 4. "Reasonable attorney fees" available to a prevailing consumer under Wis. Stat. § 218.0171(7) include attorney fees for appellate work. *Kilian v. Mercedes-Benz USA, LLC,* 2011 WI 65, ¶ 58 n.22, 335 Wis. 2d 566, 799 N.W.2d 815 (quoting *Chmill v. Friendly Ford-Mercury of Janesville, Inc.,* 144 Wis. 2d 796, 809, 424 N.W.2d 747 (Ct. App. 1988)).

¶ 5. Accordingly, we clarify the decision as follows:

¶ 6. The disposition is amended to read as follows: "Affirmed and remanded."

¶ 7. Paragraph 123 is amended to read as follows: "For the reasons stated, we affirm the circuit court's judgment and order and remand the cause to the circuit court to determine reasonable attorney fees pursuant to Wis. Stat. § 218.0171(7)."

¶ 8. The mandate line is amended to read as follows: *"By the Court.*—The judgment and order of the circuit court are affirmed and the cause is remanded to the circuit court."

¶ 9. *By the Court.*—The motion for reconsideration is denied without costs.